## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **PATRICK J. NOONAN,** )<br>)<br>Plaintiff, )<br>) | **8:10CV367** |
| v. )<br>) | **ORDER** |
| **RELIASTAR LIFE INSURANCE** )<br>**COMPANY,** )<br>)<br>Defendant. ) | |

Upon notice of settlement given to the magistrate judge on March 25, 2011, by the plaintiff's counsel,

**IT IS ORDERED that:**

1. **On or before April 11, 2011**, the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to Chief Judge Joseph F. Bataillon, at *bataillon@ned.uscourts.gov,* a draft order which will fully dispose of the case. If the case is being dismissed, the stipulation shall comply with Fed. R. Civ. P. 41(a) and shall state whether the dismissal is with or without prejudice.

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice.

DATED this 25th day of March, 2011.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge