UNITED STATES DISTRICT COURT
DISTRICT OF NEBRASKA

PATRICK NOONAN,                  Case No. 8:10-CV-00367-JFB-TDT

            Plaintiff,

v.                                      **ORDER OF DISMISSAL WITH PREJUDICE**

RELIASTAR LIFE INSURANCE COMPANY,

            Defendant.

Based upon the Joint Stipulation filed by counsel for all parties, this action shall be dismissed with prejudice under and pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure. Each party shall bear their respective attorney's fees and costs.

IT IS SO ORDERED.

BY THE COURT:

Dated: April 12, 2011

*s/ Joseph F. Bataillon*
Chief Judge